**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03312-BNB

DAVID JACKSON,

          Plaintiff,

v.

J. MARK HANNEN, Judge, 18th Judicial District, in his official capacity,
TAMMY L. HERIVEL, Clerk of Arapahoe County, Colo., in her official capacity, and
JOHN W. SUTHERS, Colorado Attorney General, in his official capacity,

          Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

          Plaintiff's motion for leave to file a second amended complaint (Doc. #6) filed on
January 5, 2012, is GRANTED.

Dated:  January 18, 2012

---