IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03312-LTB

DAVID JACKSON,

      Plaintiff,

v.

J. MARK HANNEN, Judge, 18th Judicial District, in his official capacity,
TAMMY L. HERIVEL, Clerk of Arapahoe County, Colo., in her official capacity, and
JOHN W. SUTHERS, Colorado Attorney General, in his official capacity,

      Defendants.

---

## ORDER IMPOSING FILING RESTRICTIONS

---

On January 24, 2012, the Court entered an order dismissing this action and directing Plaintiff, David Jackson, to show cause why certain filing restrictions should not be imposed. Mr. Jackson was warned that the specified filing restrictions would be imposed if he failed to show good cause within twenty-one days. On February 10, 2012, Mr. Jackson filed a "Motion for New Trial Pursuant to Fed. R. Civ. P. Rule 59 and Plaintiff's Sworn Response to Show Cause Order" (ECF No. 10) in which he asked the Court to reconsider and vacate the Order of Dismissal and the Judgment entered in this action on January 24, 2012. The Court denied the request to reconsider by order filed on February 21, 2012. Although the caption of the motion indicates that Mr. Jackson also is responding to the order directing him to show cause why filing restrictions should not be imposed, Mr. Jackson does not present any argument in that motion addressing the issue of filing restrictions beyond his arguments urging the Court to reconsider

dismissing this action that the Court already has rejected.  Therefore, the Court finds

that Mr. Jackson has failed to show good cause why filing restrictions should not be

imposed.

As discussed in the Court's January 24 order, Mr. Jackson will be prohibited from

filing any new action in the United States District Court for the District of Colorado

without the representation of a licensed attorney admitted to practice in the District of

Colorado unless he obtains permission to proceed *pro se*.  In order to obtain permission

to proceed *pro se*, Mr. Jackson must take the following steps:

1.    File with the clerk of this Court a motion requesting leave to file a
      *pro se* action.

2.    Include in the motion requesting leave to file a *pro se* action the
      following information:

      A.    A list of all lawsuits currently pending or filed
            previously in the District of Colorado, including the
            name, number, and citation, if applicable, of each
            case, and the current status or disposition of each
            case; and

      B.    A statement of the legal issues to be raised in the
            proposed new pleading and whether he has raised
            the same issues in other proceedings in the District of
            Colorado.  If so, he must cite the case number and
            docket number where the legal issues previously have
            been raised.

3.    Submit the proposed new pleading to be filed in the *pro se* action.

The motion requesting leave to file a *pro se* action and the proposed new

pleading shall be submitted to the clerk of the Court, who shall forward them to the

judicial officer designated by the Chief Judge pursuant to D.C.COLO.CivR 8.1C. for

review.  If the motion requesting leave to file a *pro se* action is denied, the matter will be

dismissed.  If the motion requesting leave to file a *pro se* action is granted, the case will

proceed in accordance with the Federal Rules of Civil Procedure and the Local Rules of

Practice of the United States District Court for the District of Colorado-Civil.

Accordingly, it is

ORDERED that Mr. Jackson is prohibited from filing any new action in the United

States District Court for the District of Colorado without the representation of a licensed

attorney admitted to practice in the District of Colorado unless he obtains permission to

proceed *pro se* as described in this order.  It is

FURTHER ORDERED that the clerk of the Court shall add Mr. Jackson to the list

of sanctioned litigants.

DATED at Denver, Colorado, this __27th__ day of ___February_____, 2012.

BY THE COURT:


__s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court

3