**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-03312-LTB

DAVID JACKSON,

    Plaintiff,

v.

J. MARK HANNEN, Judge, 18th Judicial District, in his official capacity,
TAMMY L. HERIVEL, Clerk of Arapahoe County, Colo., in her official capacity, and
JOHN W. SUTHERS, Colorado Attorney General, in his official capacity,

    Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's Motion/Affidavit for Independent Action to Vacate February 21, 2012 and February 27, 2012 Orders (ECF No. 25) is DENIED and, as a result, Plaintiff's Motion/Affidavit for Stay of Execution of Judgment Pending Appeal (ECF No. 26) is DENIED as moot. Plaintiff's Amended Motion With Attachment for Leave of the Court to Remand for a Rule 60(b) Motion (ECF No. 24) is DENIED without prejudice because Plaintiff is not asking this Court to take any action in that motion.

Dated: March 6, 2012